UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
COMPANY,

                                 Plaintiffs,

        -against-

PARK CHEMISTS 4 AV LLC, PARK CHEMISTS LLC,
MODERN REMEDIES LLC, GARY VALEVICH, IRINA
VALEVICH, ELISHA KOHANBASH, RACHEL
LEVIHAIEM, and JOHN DOE NOS."1" through "10",

                                 Defendants.
------------------------------------------------------------ X

Docket No.: 1:23-cv-09168
(DLI)(RML)

## STIPULATION TO EXTEND TIME TO ANSWER

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs" or "GEICO"), and Defendants, Park Chemists 4 Av LLC, Park Chemists LLC, Gary Valevich, Irina Valevich, Modern Remedies LLC, Elisha Kohanbash and Rachel Levihaiem (collectively, "Defendants"), that:

1. The time for Defendants to answer Plaintiffs' Complaint in the above-captioned action is extended to February 9, 2024;

2. The Defendants waive all defenses based on lack of personal jurisdiction or insufficiency of service of process;

3. Electronic or facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: January 9, 2024
      Uniondale, New York

RIVKIN RADLER LLP

By: _____
    Michael A. Sirignano, Esq.
    Barry I. Levy, Esq.
    Jennifer Abreu, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000
*Attorneys for Plaintiffs*

GARY TSIRELMAN P.C.

By: _____
    Gary Tsirelman, Esq.
129 Livingston Street – 2nd & 3rd Floors
Brooklyn, NY 11201
(718) 438-1200
*Attorney for Defendants*

4869-4714-3579, v. 1